**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CINDY GLASS PEASLEE,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | No. 08 C 3167 |
| v.      ) | |
| ) | Judge Samuel Der-Yeghiayan |
| ILLINOIS STUDENT ASSISTANCE      ) | |
| COMMISSION,      ) | |
| ) | |
| Defendant.      ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record,

**PLEASE TAKE NOTICE** that on the 5th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or whomever may be sitting in his stead, Room 1903 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE TO DISMISS and RESET INITIAL STATUS HEARING**.

                                                                  Respectfully submitted,

LISA MADIGAN                                          /s/ Meghan O. Maine
Attorney General of Illinois                          MEGHAN O. MAINE
                                                                  Assistant Attorney General
                                                                  Office of the Attorney General
                                                                  General Law Bureau
                                                                  100 W. Randolph St., 13th Flr.
                                                                  Chicago, Illinois  60601
                                                                  (312) 814-5165

**CERTIFICATE OF SERVICE**

   The undersigned attorney hereby certifies that the aforementioned document was filed on July 31, 2008 through the Court's CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                  /s/ Meghan O. Maine