## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Cindy Glass Peaslee
                                          Plaintiff,

v.                                                           Case No.: 1:08–cv–03167
                                                                      Honorable Samuel Der–Yeghiayan

Illinois Student Assistance Commission
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant Illinois Student Assistance Commission's motion for extension of time to answer or otherwise plead [9] is granted to and including 08/30/08. Status hearing held and continued to 09/04/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.