IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINDY GLASS PEASLEE, </br></br> Plaintiff, </br></br> v. </br></br> ILLINOIS STUDENT ASSISTANCE COMMISSION, </br></br> Defendant. | ) </br> ) </br> ) </br> )   No. 08 C 3167 </br> ) </br> )   Judge Samuel Der-Yeghiayan </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF MOTION

TO:   All Counsel of Record,

**PLEASE TAKE NOTICE** that on the 10th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or whomever may be sitting in his stead, Room 1903 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT ILLINOIS STUDENT ASSISTANCE COMMISSION'S MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**.

                                                                                Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois           /s/  Meghan O. Maine
                                       MEGHAN O. MAINE
                                       Assistant Attorney General
                                       Office of the Attorney General
                                       General Law Bureau
                                       100 W. Randolph St., 13th Flr.
                                       Chicago, Illinois  60601
                                       (312) 814-5165

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed on Tuesday, September 02, 2008 through the Court's CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                        /s/ Meghan O. Maine