UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Cindy Glass Peaslee
                            Plaintiff,

v.                                                          Case No.: 1:08–cv–03167
                                                          Honorable Samuel Der–Yeghiayan

Illinois Student Assistance Commission
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant's motion to dismiss for lack of jurisdiction [11] is entered and continued. Plaintiff's response shall be filed by 09/18/08 and Defendant's reply shall be filed by 09/25/08. Status hearing reset to 10/28/08 at 9:00 a.m. Status hearing set for 09/04/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.